

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00707-CR

Julian Lawrence **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-12-0325
Honorable Frank Follis, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we MODIFY the judgment to delete the assessment of $1,015 in court-appointed attorney's fees against appellant and further MODIFY the bill of costs and any order to withdraw funds from appellant's inmate trust account to delete the $1,015 in court-appointed attorney fees. Counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED as modified.

SIGNED November 5, 2014.

_____
Rebeca C. Martinez, Justice